**Annie K. PEAKE et al., Appellants, v. LINCOLN NATIONAL LIFE INSURANCE COMPANY.**

No. 9111.

Circuit Court of Appeals, Eighth Circuit.

Jan. 26, 1931.

See, also, 10 F.(2d) 366; 15 F.(2d) 303.

George W. Humphrey and James W. Broaddus, both of Kansas City, Mo., for appellants.

William C. Michaels, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellants, but without taxation of attorney fee, per stipulation of parties.

**Frank PEREK, Appellant, v. UNITED STATES of America.**

No. 9130.

Circuit Court of Appeals, Eighth Circuit.

Feb. 17, 1931.

E. D. O'Sullivan and C. J. Southard, both of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., and Edson Smith, Asst. U. S. Atty., both of Omaha, Neb.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 16.

**PRUDENTIAL INSURANCE COMPANY, Appellant, v. Jeanette FLEMING et al.**

No. 9127.

Circuit Court of Appeals, Eighth Circuit.

Feb. 13, 1931.

Henry I. Eager, of Kansas City, Mo., and Ray Brown, of Wichita, Kan., for appellant.

J. C. Ammerman, and George V. Farris, both of Joplin, Mo., and C. O. Pingry, of Pittsburg, Kan., for appellees.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant, but without taxation of attorney fee, per stipulation of parties.

**In the Matter of RAPSIL CONSTRUCTION CO., Inc., Bankrupt. Maurice Greenhut, Claimant-Appellant, John H. Gamaldi, as Trustee in Bankruptcy of Rapsil Construction Co., Inc., Appellee.**

No. 375.

Circuit Court of Appeals, Second Circuit.

May 4, 1931.

Meier Steinbrink, of Brooklyn, N. Y. (Harold M. Kennedy, and Walter A. Miller, both of Brooklyn, N. Y., of counsel), for appellant.

Furst, Schwartz & Schwager, of Brooklyn, N. Y. (Julius Schwartz and H. Sidney Landau, both of Brooklyn, N. Y., of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.